Date signed August 20, 2014



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | |
| RAFAEL RODRIGUEZ, JR. | : | Case No. 14-10477PM |
| | : | Chapter 11 |
| Debtor | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - : 

### MEMORANDUM TO COUNSEL

Before the court is the Motion to Substitute Counsel for Debtor filed by Marc R. Kivitz.

As the Motion seeks substitution as to both Stanton Levinson and Roberto N. Allen, it is unclear

as to whether both Mr. Levinson and Mr. Allen intend on withdrawing from the case.

Accordingly, the court requests clarification.


Copies to:
Debtor
Debtor's Counsel
United States Trustee


### End of Memorandum